UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                                    Case No. 8:24-cr-538-SDM-SPF

MARLITA ANDREWS

_____

### MOTION TO WITHDRAW AS COUNSEL

COMES NOW the undersigned CJA-appointed counsel and files this

*Motion to Withdraw as Counsel*, and briefly states:

1.      District court proceedings in the above-referenced case concluded on February 12, 2026, with the sentencing of the Defendant, MARLITA ANDREWS ("Ms. Andrews"), to three years of probation.  (Doc. 92.)  The February 12 sentencing follows, *inter alia*, (a) Ms. Andrews and co-defendant Anthony Sanders being initially indicted (Doc. 1) on December 11, 2024, and (b) Ms. Andrews withdrawing her previous plea of "not guilty" and entering a plea of "guilty" on November 3, 2025.  (Doc. 92.)

2.      Having concluded his obligations as CJA-appointed counsel, the undersigned petitions this Honorable Court to enter an order granting the instant motion of Grady C. Irvin, Jr. to withdraw as counsel.

Respectfully submitted this 23rd day of April, 2026.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 23rd day of April, 2026 a true and correct copy of the foregoing was provided via CM/ECF to:

**Ross Roberts, AUSA**

**IRVIN LAW FIRM**

*/s/Grady C. Irvin, Jr.*

_____

Grady C. Irvin, Jr.
FBN: 6548
P.O. Box 4587
Plant City, Florida  33563
Telephone: 813.659.2000
grady@irvinattorneys.com

2